# REID & ASSOCIATES

LISA SZCZEPANSI, ESQ.
Admitted in NY

MAILING ADDRESS:
P.O. BOX 2996
HARTFORD, CT 06104

Tel.: (917) 778-6680
Fax: (844) 571-3789

Direct Dial: (917) 778-6763
E-Mail: lszczepa@travelers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/2021

**MEMORANDUM ENDORSED**

September 7, 2021

<u>Via ECF</u>
Hon. Gregory H. Woods
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 2260
New York, NY 10007

Re:  *Travelers Indemnity Company of Connecticut v. Starr Indemnity & Liability Company*
Case No. 1:21-cv-05841-GHW
Our Matter No. 2021068133

Dear Judge Woods:

This office represents the plaintiff, Travelers Indemnity Company of Connecticut ("Travelers") in connection with the above-referenced action. An Initial Conference is currently scheduled for this Friday, September 10, 2021 at 3:00 p.m.

Service was effectuated on defendant Starr Indemnity & Liability Company ("Starr") on August 26, 2021. To date, no appearance has been entered on behalf of Starr and Starr's time to respond to the Complaint has not yet expired. Accordingly, we respectfully request a 30-day adjournment of the Initial Conference to allow Starr to appear in this action and participate in the Conference. No prior request has been made for the relief sought herein.

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

Lisa Szczepanski

Application granted. The conference scheduled for September 10, 2021 is adjourned to October 12, 2021 at 9:30 a.m. The joint letter and case management plan required by the Court's July 9, 2021 order, Dkt. No. 5, are due no later than October 5, 2021. The parties are directed to the Court's Emergency Rules in Light of COVID-19, available on the Court's website, for the dial-in number and other relevant information. The parties are directed to comply with Rule 2(C) of those rules.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 9.
SO ORDERED.
Dated: September 8, 2021
New York, New York

GREGORY H. WOODS
United States District Judge

Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| ONE TOWER SQUARE | 485 LEXINGTON AVENUE | 10 SENTRY PARKWAY |
| MS04A-0000 | 6TH FLOOR | SUITE 300 |
| HARTFORD, CT 06183 | NEW YORK, NY 10017 | BLUE BELL, PA 19422 |