# REID & ASSOCIATES

| | | |
|---|---|---|
| **MEG R. REID, ESQ**<br>Admitted in CT, MA, and NY | **MAILING ADDRESS:**<br>**P.O. BOX 2996**<br>HARTFORD, CT 06104-2996 | Direct Dial: 860-954-9452<br>Email: MRREID@TRAVELERS.COM |

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/21
```

**MEMORANDUM ENDORSED**        October 4, 2021

<u>*Via ECF*</u>
Hon. Gregory H. Woods
U.S. District Court for the Southern District of New York
500 Pearl St., Rm. 2260
New York, NY 10007

Re:  *Travelers Indemnity Company of Connecticut v. Starr Indemnity & Liability Company*
Case No. 1:21-cv-05841-GHW
Our Matter No. 2021068133

Dear Judge Woods:

This office represents the plaintiff, Travelers Indemnity Company of Connecticut ("Travelers") in connection with the above-referenced action. An Initial Conference is currently scheduled for Tuesday, October 12, 2021 at 9:30 a.m.

Service was effectuated on defendant Starr Indemnity & Liability Company ("Starr") on August 26, 2021. To date, no appearance has been entered on behalf of Starr and Starr's time to respond to the Complaint has not yet expired. Accordingly, we respectfully request a 30-day adjournment of the Initial Conference to allow Starr to appear in this action and participate in the Conference. This is the second requested adjournment of this appearance.

Travelers will take action in the meantime to obtain a default based upon Starr's failure to appear.

Thank you for Your Honor's attention and consideration.

Respectfully submitted,

/s/Meg R. Reid
Meg R. Reid

Application granted.  The initial pretrial conference currently scheduled for October 12, 2021 is adjourned until November 5, 2021 at 3:00 p.m. The joint letter requested in the Court's July 8, 2021 Order is due no later than October 29, 2021.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

SO ORDERED.

Dated: October 4, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge

*Not a Partnership or Professional Corporation. All attorneys are employees of The Travelers Indemnity Company and its Property Casualty Affiliates.*

| CONNECTICUT OFFICE: | NEW YORK OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| ONE TOWER SQUARE<br>MS04A-0000<br>HARTFORD, CT 06183 | 485 LEXINGTON AVENUE<br>6TH FLOOR<br>NEW YORK, NY 10017 | 10 SENTRY PARKWAY<br>SUITE 300<br>BLUE BELL, PA 19422 |